UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: John J. Johnson and Cindy L. Johnson

Case No. 03-22367-wsb

Chapter 7

**APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS**

The undersigned, Ian Moore, President MooreTech Consulting Inc. as attorney-in-fact, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $204.15, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Bank of America. The applicant further states that:

1. (Indicate one of the following)

    _____ Applicant is the creditor named in the above case and states that no other application for this claim has been submitted by or at the request of the creditor

    __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

    _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this ⁶\_\_\_\_\_ day of September_____, 20¹⁰\_\_\_.

Bank of America
_____
Name of creditor
c/o MooreTech Consulting Inc.
as attorney-in-fact

/s/ Ian Moore
_____
Signature of Applicant

Ian Moore, President MooreTech Consulting Inc.
_____
Name and Title of Applicant

MooreTech Consulting Inc.
_____
Company Name

1113 Grenoble Crescent
_____
Street Address

Ottawa, Ontario Canada K1C 2C5
_____
City and State

613.590.0227
_____
Telephone number

Bank of America Corporation 56-0906609
_____
Tax Identification

XXX-XX-_____
Social Security Number

03-22367-wsb
_____
Claim Number