UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:  JOHN J. JOHNSON, JR. and
        CINDY L. JOHNSON,                    Case No. 03-22367
                                             Chapter 7

                    Debtor(s)    /


ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS

An application for payment of unclaimed funds was filed on September 21, 2010 by Ian Moore, President Moore Tech Consulting Inc. as attorney in fact on behalf of Bank of America. An earlier application for payment of the same unclaimed funds was filed on February 22, 2007 by Dilks & Knopik, LLC , attorney-in-fact for Bank of America Corporation.

NOW THEREFORE;

IT IS ORDERED that the application dated September 21, 2010 by Ian Moore, President Moore Tech Consulting Inc. as attorney in fact on behalf of Bank of America  is  DENIED.


Dated: _____

                                         _____
                                         United States Bankruptcy Judge

**Signed on November 03, 2010**

                                              **/s/ Daniel S. Opperman**
                                         **Daniel S. Opperman**
                                         **United States Bankruptcy Judge**